**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/2/09

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| ANGEL MARTINEZ<br>FED. REG. # 87798-020<br>VS. | CIVIL ACTION NO. 09-1707<br><br>SECTION P<br><br>JUDGE DOHERTY |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE METHVIN |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's Application for Federal Writ of Habeas Corpus Under 28 U.S.C. §2241 be **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to the provisions of FRCP Rule 12(h).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this __2__ day of __November__, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE